IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BUFFALO GAMES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> SIMPLYTECH ELECTRONICS, INC., <br><br> Defendant. | C.A. No. <br><br> JURY TRIAL DEMANDED |

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff Buffalo Games, LLC ("Buffalo Games") complains against SimplyTech Electronics, Inc. ("SimplyTech") as follows:

### THE PARTIES

1. Plaintiff Buffalo Games is a New York limited liability company with a place of business at 220 James E. Casey Drive, Buffalo, New York 14206.

2. Defendant SimplyTech is a New York corporation with a principal place of business at 1407 Broadway #1703, New York, New York 10018.

### JURISDICTION AND VENUE

3. This action arises under the patent laws of the United States, *e.g.*, 35 U.S.C. §§ 271, 281, 283-285. Subject matter jurisdiction exists under 28 U.S.C. §§ 1331 and 1338(a).

4. Defendant SimplyTech conducts significant business in the State of New York, and in this judicial district, and it is incorporated in this State. Additionally, SimplyTech's service of process address is listed on the New York Department of State website as 2419 2nd Ave., New York, New York 10035. Accordingly, this Court has personal jurisdiction over SimplyTech, and venue is proper in this Court under 28 U.S.C. § 1391 and/or § 1400.

1

## FACTUAL BACKGROUND

### Buffalo Games and the '672 Patent

5. Buffalo Games is an industry leading consumer enrichment platform. Buffalo Games' innovative product portfolio includes puzzles, games, and developmental products.

6. Buffalo Games owns several issued United States and foreign patents related to standard drawing, semi-transparent, and multi-color LCD writing tablets and eWriters, including United States Patent No. 9,927,672 (the "'672 Patent"). The '672 Patent is entitled "Multicolored pressure sensitive liquid crystal device," was filed on December 16, 2015, issued on March 27, 2018, and is included herewith as Exhibit A.

7. Buffalo Games sells tablet and eWriter products under its Boogie Board® brand.

8. The '672 Patent and Boogie Board® brand were previously owned by Kent Displays, Inc. ("KDI"), an industry and global leader in the design, manufacture, and sale of LCD writing tablet and eWriter display technologies and products.

9. In 2025, Buffalo Games completed an asset purchase of all of KDI's Boogie Board® assets, including its display production capacity, its branded consumer products, and its wide ranging and important patent portfolio. Specifically, Buffalo Games acquired all rights in and to the '672 Patent from KDI as part of this asset purchase.

10. Buffalo Games recorded KDI's assignment of the '672 Patent to Buffalo Games with the United States Patent and Trademark Office on March 18, 2025, including assignment of all rights to sue for past infringement.

11. Buffalo Games has standing to sue for past and present infringement of the '672 Patent.

### SimplyTech's Product

12. SimplyTech offers LCD writing tablet and eWriter products under the name "Doodle Pad LCD Drawing Board" (the "Doodle Pad" products).

13. For example, a 10-inch screen Unicorn version of SimplyTech's Doodle Pad product is offered for sale through the Bealls Florida website, https://www.beallsflorida.com/simply-tech-kids-10-in-lcd-unicorn-doodle-pad-p000785608/.



14. For further example, a 16-inch screen version of SimplyTech's Doodle Pad product is listed on the My Melrose website, https://melrosestore.com/kids/simply-tech-16-lcd-doodle-pad.



### Correspondence with SimplyTech Regarding the Doodle Pad Products

15. On August 14, 2024, KDI first sent SimplyTech a letter disclosing KDI's patents, notifying SimplyTech that the Doodle Pad product appeared to incorporate technology covered by KDI's patents, and requesting that SimplyTech cease offering and selling the Doodle Pad products.

16. SimplyTech did not respond to KDI's letter dated August 14, 2024.

17. On April 2, 2025, after Buffalo Games completed the asset purchase of all of KDI's assets, counsel for Buffalo Games sent a second letter to SimplyTech. Buffalo Games informed SimplyTech of its purchase of all of KDI's assets. Buffalo Games specifically notified SimplyTech that the Doodle Pad products infringed at least the '672 Patent. Buffalo Games also repeated KDI's request that SimplyTech cease offering and selling the Doodle Pad products.

18. On April 11, 2025, SimplyTech responded by email to Buffalo Games' letter dated April 2, 2025. SimplyTech stated that they needed time and would "be in touch."

19. On May 2, 2025, having received no follow up from SimplyTech following their email dated April 11, 2025, counsel for Buffalo Games sent an email to SimplyTech asking for confirmation that SimplyTech would cease offering and selling the Doodle Pad products.

20. On May 9, 2025, counsel for SimplyTech sent an email to counsel for Buffalo Games indicating that they were retained by SimplyTech in connection with the matter, were reviewing Buffalo Games' letter dated April 2, 2025, and would "respond in due course."

21. Neither SimplyTech nor its counsel have provided any response since the email dated May 9, 2025.

## COUNT I – INFRINGEMENT OF THE '672 PATENT

22. SimplyTech incorporates Paragraphs 1-21 of this Complaint as though fully set forth herein.

23. SimplyTech directly infringed and continues to infringe the '672 Patent (the "Asserted Patent") by making, using, offering for sale, selling, and/or importing the Doodle Pad products.

24. By way of example, SimplyTech infringes at least Claim 1 of the '672 Patent.

25. The preamble of claim 1 requires: "A multicolored pressure sensitive liquid crystal device comprising."

26. SimplyTech's Doodle Pad products are each a multicolored device with a pressure sensitive liquid crystal display (LCD) screen, where a user can draw or write on the device by pressing the tip of a stylus against the surface of the display screen.





Ignite your child's imagination with the Kids 10 in LCD Unicorn Doodle Pad. This delightful pad features a screen lock function to save their creations, a built-in battery for extended use, and vibrant colorful text. The quick erase button allows for easy adjustments, while the lightweight design and shock-resistant material ensure durability. Complete with a stylus, this doodle pad is perfect for drawing, writing, and learning on the go.

27. The first element of claim 1 requires: "a first transparent substrate that is flexible on which a pressure is applied and a second substrate spaced apart from said first substrate."

28. SimplyTech's Doodle Pad products each have a first substrate that is transparent and flexible on the surface of its display screen. A user can apply pressure to this outer surface with a stylus. Additionally, SimplyTech's Doodle Pad products each have a second substrate spaced apart on the inside from the first substrate.



29. The next element of claim 1 requires: "a first electrically conductive layer and a second electrically conductive layer that are disposed between said first substrate and said second substrate and are separated from and adjacent to each other, said first electrically conductive layer being transparent."

30. SimplyTech's Doodle Pad products each have a first electrically conducive layer and a second electrically conductive layer between the first and second substrates that are separated from and adjacent to each other, with the first electrically conductive layer nearest the surface of the display screen being transparent.



31.     The next element of claim 1 requires: "a pressure sensitive liquid crystal layer comprising a dispersion of cholesteric liquid crystal and polymer, wherein one surface of said liquid crystal layer contacts said first electrically conductive layer and another surface of said liquid crystal layer contacts said second electrically conductive layer."

32.     SimplyTech's Doodle Pad products each have a pressure sensitive liquid crystal layer with a dispersion of cholesteric liquid crystal and polymer. One surface of the liquid crystal layer contacts the first electrically conductive layer and another surface contacts the second electrically conductive layer. The pressure-sensitive nature of the liquid crystal layer is demonstrated by the lines which appear when a user presses on the outer surface of the display with the tip of a stylus.

8



33.  The next element of claim 1 requires: "wherein said liquid crystal layer includes at least a first color region and a second color region comprising said dispersion of cholesteric liquid crystal and polymer, said first color region being adapted to reflect light of a first color and said second color region being adapted to reflect light of a second color."

34.  SimplyTech's Doodle Pad products each have multiple color regions comprising dispersions of cholesteric liquid crystal and polymer. These regions each reflect light of different colors.



9

35. The final element of claim 1 requires: "wherein the pressure applied to said first substrate results in a change in reflectance of said liquid crystal that causes said liquid crystal layer to display said first color as said pressure is applied over said first color region and to display said second color as said pressure is applied over said second color region to form a multicolor image, wherein voltage is not applied to form the multicolor image."

36. The pressure a user applies to the first substrate on the outer surface results in a change in reflectance of the liquid crystal that causes the liquid crystal to change color across the different color regions, forming a multicolor image.



37. As a direct and proximate consequence of the infringement, Buffalo Games has been, is being, and will continue to be injured in its business and property rights unless such acts and practices are enjoined by the Court, and has suffered, is suffering, and will continue to suffer injury and damages for which it is entitled to relief under 35 U.S.C. § 284 adequate to compensate for such infringement, but in no event less than a reasonable royalty.

38. SimplyTech's infringement has been willful, as evidenced by its two month delaying tactics after receiving specific notice of infringement, entitling Buffalo Games to treble damages.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Buffalo Games asks this Court to enter judgment against SimplyTech and against its respective subsidiaries, affiliates, agents, servants, employees, and all persons in active concert or participation with them, granting the following relief:

A. An award of damages adequate to compensate Buffalo Games for the infringement that has occurred, together with prejudgment and post-judgment interest from the date infringement of the '672 Patent began, attorneys' fees, and statutory costs, with trebling for willfulness;

B. An award to Buffalo Games of all remedies available under 35 U.S.C. § 284;

C. An award to Buffalo Games of all remedies available under 35 U.S.C. § 285;

D. A preliminary and permanent injunction prohibiting further infringement of the '672 Patent by SimplyTech; and,

E. Such other and further relief as this Court or a jury may deem proper and just.

## JURY DEMAND

Buffalo Games demands a trial by jury on all issues so triable.

Dated: May 30, 2025                                   Respectfully submitted,

*/s/ Charles E. Cantine*
Charles E. Cantine
DUNLAP BENNETT & LUDWIG
11 Broadway, Suite 615
New York, New York 10004
T: (917) 338-1905

Robert P. Greenspoon*
Mark A. Magas*
DUNLAP BENNETT & LUDWIG
333 N. Michigan Avenue, Suite 2700
Chicago, IL 60601
T: 312-551-9500
F: 312-551-9501

*To be admitted Pro Hac Vice

*Counsel for Plaintiff Buffalo Games, LLC*